**Dismiss and Opinion Filed July 25, 2013**



In The

**Court of Appeals**

**Fifth District of Texas at Dallas**

_____

**No. 05-12-01434-CV**

_____

**MARCO A. GARCIA-GUZMAN, INDIVIDUALLY AND D/B/A INTEGRAL SPACES, Appellant**

**V.**

**ROBERTO AND MARIA RAQUEL MORALES, Appellees**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-09536-D**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated March 1, 2013, the Court notified appellant that the Dallas County District Clerk had notified us appellant had not paid for the clerk's record. We directed appellant to provide the Court, within ten days of the date of the letter, with written verification that he had paid or made arrangements to pay the clerk's fee or written documentation that he had been found entitled to proceed without payment of fees. We further warned appellant that if we did not receive the required documentation within the time specified, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, appellant has neither provided the required documentation regarding payment nor otherwise communicated with the Court regarding the appeal.

Accordingly, we dismiss the appeal for want of prosecution.

/Carolyn Wright/

CAROLYN WRIGHT

121434F.P05

CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## **JUDGMENT**

MARCO A. GARCIA-GUZMAN,
INDIVIDUALLY AND D/B/A INTEGRAL
SPACES, Appellant

No. 05-12-01434-CV        V.

ROBERTO AND MARIA RAQUEL
MORALES, Appellees

On Appeal from the 95th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-09536-D.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal for want of prosecution.  We **ORDER** that appellees Roberto and Maria Raquel Morales recover their costs of this appeal, if any, from appellant Marco A. Garcia-Guzman, Individually and d/b/a Integral Spaces.

Judgment entered July 25, 2013

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

–3–